UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROL S VAUGHN, et al.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOREN COHEN, et al.,<br><br>　　　　　　Defendant. | Case No. 3:23-cv-06142-TMC<br><br>ORDER ON DISCOVERY HEARING |

## I.　ORDER

On October 23, 2024, the Court held a discovery hearing regarding a subpoena served by Plaintiff Newcomer on Certified Public Accountant Curt Stebbins. Dkt. 90; *see* Dkt. 88. Consistent with the Court's oral ruling, and based on the information provided in the parties' joint status report filed on October 25, 2024, the Court modifies the subpoena pursuant to Federal Rule of Civil Procedure 45(d)(3) as follows:

1. The subpoena for the records of M&J Real Estate Investment, LLC may be enforced only for years 2014–2020.

2. The subpoena for the records of Loren Cohen individually may be enforced only as to the Schedule K-1 tax forms issued to him by the entities listed in parts 1 and 3 of this order, for the years 2014–2020.

ORDER ON DISCOVERY HEARING - 1

3. The remainder of the subpoena may be enforced only as to the following entities, for the years 2014–2020:

   1. Hawthorne Hills Two, LLC
   2. MC Real Estate Consultants, LLC
   3. MC Ruston, LLC
   4. Rainier Property Service LLC
   5. BR Real Estate Investment, LLC
   6. C&M Construction Management, LLC
   7. MC Construction Consultants, Inc.
   8. MC Real Estate Consultants, LLC
   9. 3M&C Developing Company, LLC
   10. Blueberry Farms, LLC
   11. Blueberry Farms II, LLC
   12. Bonney Ridge LLC
   13. Dela Dawn Developing, LLC
   14. KT&MC Developing, LLC
   15. Two Bonney Ridge LLC

4. If Plaintiff Newcomer wishes to compel compliance with the subpoena beyond what is outlined in this order, he must file a motion to compel in compliance with the local rules and the case scheduling order.

5. The records produced in compliance with the subpoena shall be designated confidential under the parties' forthcoming stipulated protective order.

ORDER ON DISCOVERY HEARING - 2

Dated this 29th day of October, 2024.

*[signature]*

Tiffany M. Cartwright
United States District Judge

ORDER ON DISCOVERY HEARING - 3