Law Offices of Jack B. Krona Jr.
Jack B. Krona Jr. (WSBA No. 42484)
Email:  j_krona@yahoo.com
6509 46th Street NW
Gig Harbor, WA 98335
Telephone:  (253) 341-9331

Attorney for PC Collections, LLC;
LMC Family Trust; Two Bonney Ridge, LLC;
BR Real Estate Investment, LLC;
Loren Cohen and Holland Cohen

Honorable Tiffany M. Cartwright

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROL VAUGHN, in her representative capacity as Personal Representative of the ESTATE OF MICHAEL COHEN,<br><br>Plaintiff/Counter Defendant/Third Party Defendant/Cross Defendant,<br><br>v.<br><br>LOREN COHEN, et al.,<br><br>Defendants/Counter Plaintiffs,<br><br>***<br>WILLIAM NEWCOMER,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>LOREN COHEN, et al.,<br><br>Defendants/Counter Plaintiffs/Third Party Plaintiffs,<br><br>v.<br><br>AMARA COHEN, individually, and SUSAN COHEN, Trustee of the Michael Arthur Cohen Spousal Equivalent Access Trust, CAROL | No. 3:23-cv-6142-TMC<br><br>**STIPULATED MOTION AND ORDER DISMISSING CLAIMS *WITH PREJUDICE***<br><br>**NOTED FOR HEARING:<br>JANUARY 21, 2025** |

MOTION TO DISMISS *WITH PREJUDICE* - 1
Case No. 3:23-cv-6142-TMC

LAW OFFICES OF JACK B. KRONA JR.
6509 46TH Street NW
Gig Harbor, WA  98335 | Tel: 253.341.9331
j_krona@yahoo.com

1  VAUGHN, individually, and in her
   representative capacity as Personal
2  Representative of the ESTATE OF MICHAEL
   COHEN, UNITED STATES OF AMERICA
3  (DEPARTMENT OF INTERNAL REVENUE),
   and BR NEWCOMER, LLC
4
                    Third Party Defendants/Counter
5                     Defendants/Counter Plaintiffs

6

7

8    WHEREAS William Newcomer filed a Complaint against Loren Cohen and Holland

9  Cohen, Loren Cohen as Trustee of the LMC Family Trust, PC Collections, LLC, BR Real Estate

10 Investment, LLC, and Two Bonney Ridge, LLC (collectively the "Cohen Parties") alleging claims

11 under the Uniform Voidable Transactions Act, Unjust Enrichment, Intentional Misrepresentation,

12 Accounting, Declaratory Relief and Foreclosure;

13   WHEREAS the Cohen Parties filed an Amended Answer and asserted counterclaims and

14 third-party claims for breach of contract, rescission, unjust enrichment, restitution, waste, breach

15 of fiduciary duty, and declaratory judgment against Newcomer and BR Newcomer, LLC

16 (collectively the "Newcomer Parties");

17   WHEREAS on January 9, 2025, the Cohen Parties filed a Notice of Settlement that they

18 reached a settlement with the Newcomer Parties as to the claims between the Cohen Parties and

19 the Newcomer Parties; and

20   WHEREAS the Cohen Parties and the Newcomer Parties have completed the settlement

21 terms and now seek dismissal of their claims and counterclaims against the other, *with prejudice*,

22 with each side to bear their own costs and fees.

23

24

25

26

MOTION TO DISMISS *WITH PREJUDICE* - 2
Case No. 3:23-cv-6142-TMC

LAW OFFICES OF JACK B. KRONA JR.
6509 46TH Street NW
Gig Harbor, WA  98335 | Tel: 253.341.9331
j_krona@yahoo.com

NOW, THEREFORE, subject to the approval of this Court, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1.      The claims and counterclaims by and between the Cohen Parties and the Newcomer Parties are dismissed *with prejudice;* and

2.      The dismissal described above resolves less than all claims against all parties to this case and the claims between non-settling parties to this case shall remain pending.

STIPULATED this 17th day of January 2025.

LAW OFFICES OF JACK B. KRONA JR.

*/s/ Jack B. Krona Jr.*

Jack B. Krona Jr. | WSBA No. 42484
LAW OFFICES OF JACK B. KRONA JR.
5020 Main Street, Suite H
Tacoma, Washington 98407
Tel:     253.341.9331
E-mail:  j_krona@yahoo.com

*Attorney for Holland Cohen and Marital Community, in the underlying Case No. 23-2-07988-0, and Attorney for Loren and Holland Cohen and Marital Community; Loren Cohen as Trustee of LMC Family Trust; BR Real Estate Investments, LLC, Two Bonney Ridge LLC, and PC Collections, LLC, in the underlying Case No. 23-2-09267-3.*

SMITH ALLING, P.S.

*/s/ Russell A. Knight*

Russell A. Knight | WSBA No. 40614
SMITH ALLING, P.S.
1501 Dock Street
Tacoma, Washington 98402
Tel:     253.627.1091
E-mail:  rknight@smithalling.com

*Attorney for William Newcomer and BR Newcomer, LLC.*

MOTION TO DISMISS *WITH PREJUDICE* - 3
Case No. 3:23-cv-6142-TMC

LAW OFFICES OF JACK B. KRONA JR.
6509 46TH Street NW
Gig Harbor, WA  98335 | Tel: 253.341.9331
j_krona@yahoo.com

1

2

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

DATED:  March 14, 2025

5

6

Honorable Tiffany M. Cartwright
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION TO DISMISS *WITH PREJUDICE* - 4
Case No. 3:23-cv-6142-TMC

LAW OFFICES OF JACK B. KRONA JR.
6509 46TH Street NW
Gig Harbor, WA  98335 | Tel: 253.341.9331
j_krona@yahoo.com