UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROL VAUGHN, in her representative capacity as Personal Representative of the ESTATE OF MICHAEL COHEN,<br><br>    Plaintiff/Counter Defendant/Third Party Defendant/Cross Defendant,<br><br>    v.<br><br>LOREN COHEN, et al.<br>    Defendants/ Counter Plaintiffs,<br><br>***<br><br>WILLIAM NEWCOMER,<br>    Plaintiff/Counter Defendant,<br><br>    v.<br><br>LOREN COHEN, et al.<br>    Defendants/Counter Plaintiffs/Third-Party Plaintiffs,<br><br>    v.<br><br>AMARA COHEN, individually, and SUSAN COHEN, Trustee of the Michael Arthur Cohen Spousal Equivalent Access Trust, CAROL VAUGHN, individually, and in her representative capacity as Personal Representative of the ESTATE OF MICHAEL COHEN, UNITED STATES OF AMERICA (DEPARTMENT OF INTERNAL REVENUE), and BR NEWCOMER, LLC,<br><br>    Third-Party Defendants/Counter Defendants/Counter Plaintiffs | Case No. 3:23-cv-6142-TMC<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)**<br><br>NOTED FOR HEARING APRIL 10, 2025 |

Stipulated Dismissal Under Fed. R. Civ. P. 41(a)(2) (Case No. 3:23-cv-6142-TMC)     1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2124

The United States and Loren Cohen and his related entities (the "Parties"), as part of an arms-length negotiation pursuant to mediation with the Court appointed settlement judge, and to avoid the risks and costs of litigation, subject to the approval of this Court, stipulate to dismissal of their claims described below pursuant Federal Rule of Civil Procedure 41(a)(2) as follows:

1. On April 10, 2025, the Parties finalized a settlement that resolves all claims in this suit asserted by the United States and all claims asserted by Loren Cohen and his related entities against the United States.

2. Pursuant to the terms of the settlement agreement and Rule 41(a)(2), this Court shall retain exclusive jurisdiction to effectuate the terms of the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

3. Pursuant to the terms of the settlement agreement, Loren Cohen has agreed to make certain payments to the United States over a period of approximately one year, and the United States will look solely to Loren Cohen and no other party for satisfaction of that tax liability.

4. If Loren Cohen makes all payments according to the terms of the settlement agreement, no further action is required in this proceeding by the Parties.

5. If Loren Cohen defaults on the payment terms of the settlement agreement, the Court will enter the judgment (attached as Exhibit A) against Loren Cohen on the United States' motion. Loren Cohen has agreed to waive all defenses to entry of the attached judgment other than those specified in the settlement agreement. The Consent Judgment shall not be entered except upon the United States' motion.

6. Subject to the approval of this Court, the following claims are dismissed under Rule 41(a)(2):

   a. PC Collections, LLC, and Loren Cohen's claims against the United States, Dkt. 1-3 at 13-15;

b. the United States' Uniform Voidable Transfer Act claim asserted against Loren Cohen, Dkt. 14 at 15-16; and

c. the United States' claim against the Estate of Michael Cohen to reduce to judgment federal income tax assessments for 2020, Dkt. 14 at 13-15.

7. The settlement and the dismissal described above finally resolve all claims in this suit involving the United States.

Respectfully submitted this 10th day of April 2025.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | U.S. DEPARTMENT OF JUSTICE TAX DIVISION |
| By: *s/ Adrienne D. McEntee* <br> Adrienne D. McEntee <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103 <br> (206) 816-6603 <br> amcentee@terrellmarshall.com | By: *s/ Timothy J. Huether* <br> Timothy J. Huether <br> P.O. Box 683 <br> Washington, D.C. 20044 <br> Telephone: (202) 307-2124 <br> timothy.huether@usdoj.gov |
| *Attorneys for Loren Cohen* | *Attorney for the United States of America* |

LAW OFFICES OF JACK B. KRONA, JR.

By: *s/ Jack B. Krona*
Jack B. Krona
6509 46th Street NW
Gig Harbor, WA 98335
(253) 341-9331
j_krona@yahoo.com

*Counsel for Loren and Holland Cohen and Marital Community; Loren Cohen Trustee of LMC Family Trust; BR Real Estate Investments LLC, Two Bonney Ridge LLC, and PC Collections LLC*

//

//

//

1  IT IS SO ORDERED.

2  Dated this 10th day of April, 2025.

*[signature]*

The Honorable Tiffany M. Cartwright
United States District Judge

Stipulated Dismissal Under Fed. R. Civ. P.
41(a)(2) (Case No. 3:23-cv-6142-TMC)    4

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2124

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2025, I electronically filed the foregoing **STIPULATED MOTION AND ORDER FOR DISMISSAL UNDER FED. R. CIV. P. 41(a)(2),** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Carol S. Vaughn
Thompson Howle Vaughn
1200 5th Avenue, Suite 625
Seattle, Washington 98101-3118
Tel: 206-682-8400
CarolV@thompsonhowle.com
*Attorneys for Carol Vaughn, Individually and as Personal Representative of the Estate of Michael Cohen*

Bruce R. Moen
Moen Law Offices
1200 5th Ave., Suite 625
Seattle, Washington 98101
Tel: 206-441-1156
bm@moenlaw.com
*Attorneys for Carol Vaughn as Personal Representative of the Estate of Michael Cohen*

Marc Rosenberg
Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, Washington 98101
Tel: (206) 262-8303
mr@leesmart.com
*Attorneys for Carol Vaughn*

Adrienne McEntee
Terrell Marshall Law Group, PLLC
936 N. 34th Avenue, Suite 300
Seattle, Washington 98103-8869
Tel: 206-816-6603
amcentee@terrellmarshall.com
*Attorneys for Loren Cohen*

Stipulated Dismissal Under Fed. R. Civ. P. 41(a)(2) (Case No. 3:23-cv-6142-TMC)    5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2124

Eric R. Laliberte
Keller Rohrback, LLP
1201 3rd Avenue, Suite 3200
Seattle, Washington 98101
Tel: 206-623-1900
elaliberte@kellerrohrback.com
*Attorney for Amara Cohen; and Susan Cohen, Trustee of the Michael Arthur Cohen Spousal Equivalent Access Trust*

Jack B. Krona Jr.
Law Offices of Jack B. Krona Jr.
5020 Main Street, Suite H
Tacoma, Washington 98407
Tel: 253-341-9331
j_krona@yahoo.com
*Attorneys for Holland Cohen; Marital Community of Loren and Holland Cohen; Loren Cohen as Trustee of LMC Family Trust; LMC Family Trust; BR Real Estate Investments, LLC; Two Bonney Ridge LLC; and PC Collections, LLC*

          *s/ Timothy J. Huether*
          TIMOTHY J. HUETHER
          Trial Attorney
          U.S. Department of Justice
          Tax Division

Stipulated Dismissal Under Fed. R. Civ. P. 41(a)(2) (Case No. 3:23-cv-6142-TMC)   6

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2124